IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00261-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 75.70.27.60,

      Defendant.

---

### ORDER OF DISMISSAL

---

      In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of

John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 18, 2014 (ECF No. 12),

it is

      ORDERED that Defendant John Doe and this case are **DISMISSED WITHOUT**

**PREJUDICE**.

      Dated:  April 18, 2014.

                      BY THE COURT:


                      /s/ Wiley Y. Daniel
                      Wiley Y. Daniel,
                      Senior United States District Judge